*United States District Court*
*in the District of Columbia*

*Ifedoo N. Enigwe*

FILED
06 0457
MAR 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFIDAVIT OF INDIGENCY
## AND MOTION FOR IN FORMA PAUPERIS

COMES NOW, Plaintiff, Ifedoo Noble Enigwe, hereby respectfully moves this Honorable Court to allow him to proceed in this action in forma pauperis due to his indigency.  To show Plaintiff's indigency, a copy of his six-month deposits in his prison account has been attached herewith for this Court's verification.

Plaintiff further states that he has been incarcerated since April 6, 1992, and has not held any job since then.  Plaintiff has no cash or real estate, nor is he expecting any inheritance.

Plaintiff has no wherewithal to litigate this action except through proceeding without being required to pre-pay the cost of the litigation.

Wherefore, Plaintiff respectfully prays that he be allowed to commence this action without being required to pay the cost of the litigation.  This information is given under penalty of perjury pursuant to 28 U.S.C., §1746.

Respectfully Submitted:

_____
Ifedoo Noble Enigwe, Pro Se
Plaintiff

Dated: 13 day of February , 2006.

-5-

RECEIVED

FEB 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 45425066 | Current Institution: | Elkton FCI |
| Inmate Name: | ENIGWE, IFEDOO | Housing Unit: | UNIT D |
| Report Date: | 02/15/2006 | Living Quarters: | D02-026L |
| Report Time: | 8:49:53 AM | | |

General Information     |     Account Balances     |     Commissary History     |     Commissary Restrictions     |     Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 4545 |
| PAC #: | |
| FRP Participation Status: | Participating |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 5/22/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 2/11/2006 9:31:46 AM |
| Account Status: | Active |
| Phone Balance: | $47.58 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $8.54 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $7.60 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.94 |
| National 6 Months Deposits: | $525.00 |
| National 6 Months Withdrawals: | $517.40 |
| National 6 Months Avg Daily Balance: | $4.48 |
| Local Max. Balance - Prev. 30 Days: | $50.54 |
| Average Balance - Prev. 30 Days: | $13.95 |

06 0457
FILED
MAR 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Commissary History

### Purchases

| | |
|---|---|
| Validation Period Purchases: | $0.00 |
| YTD Purchases: | $0.00 |
| Last Sales Date: | 1/18/2005 2:29:58 PM |

### SPO Information

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Spending Limit: | $290.00 |
| Expended Spending Limit: | $0.00 |
| Remaining Spending Limit: | $290.00 |

# Commissary Restrictions

### Spending Limit Restrictions

| | |
|---|---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

# Comments

Comments: