UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IFEDOO NOBLE ENIGWE,                *

      Plaintiff,                *

      -vs-                      * Civil Action No. 06-0457 UNA

BUREAU OF PRISONS,                  *

      Defendant.                *

### SUBMISSION AS PER COURT'S ORDER

On March 10, 2006, this Court required Plaintiff to submit "a certified copy of the Plaintiff's trust fund account statement (or institutional equivalent) for the six month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which Plaintiff is or was confined."

Enclosed is the copy required by this Court, signed by Plaintiff's prison counselor, Ms. H. Swiger.

Wherefore, Plaintiff respectfully prays.

Respectfully Submitted:

_____
Ifedoo Noble Enigwe, Pro Se
Plaintiff

Dated: 21 day of March, 2006.

4

# Inmate Inquiry

[PRINT]

| | | | |
|---|---|---|---|
| Inmate Reg #: | 45425066 | Current Institution: | Elkton FCI |
| Inmate Name: | ENIGWE, IFEDOO | Housing Unit: | UNIT D |
| Report Date: | 03/21/2006 | Living Quarters: | D02-026L |
| Report Time: | 12:36:39 PM | | |

General Information   |   Account Balances   |   Commissary History   |   Commissary Restrictions   |   Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 4545 |
| PAC #: | |
| FRP Participation Status: | Participating |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 5/22/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 3/16/2006 2:08:57 AM |
| Account Status: | Active |
| Phone Balance: | $17.20 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $8.54 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $7.60 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.94 |
| National 6 Months Deposits: | $485.00 |
| National 6 Months Withdrawals: | $480.40 |
| National 6 Months Avg Daily Balance: | $5.51 |
| Local Max. Balance - Prev. 30 Days: | $38.54 |
| Average Balance - Prev. 30 Days: | $6.61 |

*Verified*
*H. Swoger*
*Counselor*
*3-21-06*

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $0.00
Last Sales Date: 1/18/2005 2:29:58 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
| --- | --- | --- | --- | --- | --- |

## Comments

Comments:

# Inmate Statement

| | |
|---|---|
| Inmate Reg #: | 45425066 |
| Inmate Name: | ENIGWE, IFEDOO |
| Report Date: | 03/21/2006 |
| Report Time: | 12:37:05 PM |

| | |
|---|---|
| Current Institution: | Elkton FCI |
| Housing Unit: | UNIT D |
| Living Quarters: | D02-026L |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ELK | 3/10/2006 10:10:16 PM | ITS0310 | | | Phone Withdrawal | ($5.00) | | $8.54 |
| ELK | 3/10/2006 11:30:00 AM | IS0025 | | | FRP Quarterly Pymt | ($25.00) | | $13.54 |
| ELK | 3/10/2006 11:11:10 AM | FIPP0206 | | | Payroll - IPP | $38.00 | | $38.54 |
| ELK | 3/10/2006 11:11:10 AM | FELKD082 - 737 | | | Debt Encumbrance | | ($7.60) | -------- |
| ELK | 3/3/2006 11:00:53 PM | ITS0303 | | | Phone Withdrawal | ($8.00) | | $0.54 |
| ELK | 3/1/2006 2:07:46 AM | FELKD082 - 603 | | | Debt Encumbrance - Released | | $7.60 | -------- |
| ELK | 2/11/2006 9:31:46 AM | ITS0211 | | | Phone Withdrawal | ($30.00) | | $8.54 |
| ELK | 2/10/2006 10:05:36 AM | FIPP0106 | | | Payroll - IPP | $38.00 | | $38.54 |
| ELK | 2/10/2006 10:05:36 AM | FELKD082 - 603 | | | Debt Encumbrance | | ($7.60) | -------- |
| ELK | 2/4/2006 1:55:03 PM | ITS0204 | | | Phone Withdrawal | ($34.00) | | $0.54 |
| ELK | 2/1/2006 2:07:52 AM | FELKD082 - 558 | | | Debt Encumbrance - Released | | $8.40 | -------- |
| ELK | 2/1/2006 2:07:52 AM | FELKD082 - 470 | | | Debt Encumbrance - Released | | $7.60 | -------- |
| ELK | 2/1/2006 2:07:52 AM | FELKD082 | | 963 | PLRA Payment | ($16.00) | | $34.54 |
| ELK | 1/31/2006 5:11:28 PM | 33308806 | | | Western Union | $42.00 | | $50.54 |
| ELK | 1/31/2006 5:11:28 PM | FELKD082 - 558 | | | Debt Encumbrance | | ($8.40) | -------- |
| ELK | 1/28/2006 4:40:21 PM | ITS0128 | | | Phone Withdrawal | ($5.00) | | $8.54 |
| ELK | 1/10/2006 9:11:36 PM | ITS0110 | | | Phone Withdrawal | ($30.00) | | $13.54 |
| ELK | 1/10/2006 9:37:22 AM | FIPP1205 | | | Payroll - IPP | $38.00 | | $43.54 |
| ELK | 1/10/2006 9:37:22 AM | FELKD082 - 470 | | | Debt Encumbrance | | ($7.60) | -------- |
| ELK | 12/29/2005 8:33:44 PM | ITS1229 | | | Phone Withdrawal | ($40.00) | | $5.54 |
| ELK | 12/29/2005 10:04:59 AM | 33306506 | | | Western Union | $45.00 | | $45.54 |
| ELK | 12/15/2005 10:45:11 PM | ITS1215 | | | Phone Withdrawal | ($1.00) | | $0.54 |
| ELK | 12/13/2005 10:23:33 PM | ITS1213 | | | Phone Withdrawal | ($12.00) | | $1.54 |
| ELK | 12/12/2005 10:20:01 AM | IS0013 | | | FRP Quarterly Pymt | ($25.00) | | $13.54 |
| ELK | 12/12/2005 10:15:08 AM | FIPP1105 | | | Payroll - IPP | $38.00 | | $38.54 |
| ELK | 12/10/2005 5:20:02 PM | ITS1210 | | | Phone Withdrawal | ($40.00) | | $0.54 |
| ELK | 12/10/2005 5:12:44 PM | 33305106 | | | Western Union | $40.00 | | $40.54 |
| ELK | 12/3/2005 10:23:47 PM | ITS1203 | | | Phone Withdrawal | ($2.00) | | $0.54 |
| ELK | 11/29/2005 7:11:25 PM | ITS1129 | | | Phone Withdrawal | ($48.00) | | $2.54 |
| ELK | 11/29/2005 12:08:52 PM | 33304306 | | | Western Union | $50.00 | | $50.54 |
| ELK | 11/22/2005 9:16:38 AM | JV0014 | | | Photo Copies | ($2.40) | | $0.54 |
| ELK | 11/12/2005 8:23:57 AM | ITS1112 | | | Phone Withdrawal | ($2.00) | | $2.94 |
| ELK | 11/11/2005 8:40:10 PM | ITS1111 | | | Phone Withdrawal | ($34.00) | | $4.94 |

| Alpha Code | Date | Ref | Description | Amount | Balance |
|---|---|---|---|---|---|
| ELK | 11/10/2005 8:20:17 AM | FIPP1005 | Payroll - IPP | $38.00 | $38.94 |
| ELK | 11/1/2005 6:27:22 PM | ITS1101 | Phone Withdrawal | ($50.00) | $0.94 |
| ELK | 11/1/2005 12:16:18 PM | 33302306 | Western Union | $50.00 | $50.94 |
| ELK | 10/12/2005 9:24:49 PM | ITS1012 | Phone Withdrawal | ($38.00) | $0.94 |
| ELK | 10/12/2005 8:41:07 AM | JV0107 | Payroll - IPP | $38.00 | $38.94 |
| ELK | 10/1/2005 8:10:19 AM | ITS1001 | Phone Withdrawal | ($30.00) | $0.94 |
| ELK | 9/30/2005 1:22:03 PM | 33325905 | Western Union | $30.00 | $30.94 |
| ELK | 9/22/2005 11:21:40 PM | ITS0922 | Phone Withdrawal | ($3.00) | $0.94 |
| ELK | 9/12/2005 7:53:57 PM | ITS0912 | Phone Withdrawal | ($10.00) | $3.94 |
| ELK | 9/12/2005 12:55:35 PM | IS0056 | FRP Quarterly Pymt | ($25.00) | $13.94 |
| ELK | 9/12/2005 10:42:27 AM | JV0094 | Payroll - IPP | $38.00 | $38.94 |
| ELK | 9/6/2005 6:08:15 PM | ITS0906 | Phone Withdrawal | ($40.00) | $0.94 |
| ELK | 9/6/2005 12:11:36 PM | 33324105 | Western Union | $40.00 | $40.94 |
| ELK | 8/10/2005 7:41:50 PM | ITS0810 | Phone Withdrawal | ($38.00) | $0.94 |
| ELK | 8/10/2005 10:26:50 AM | JV0085 | Payroll - IPP | $38.00 | $38.94 |
| ELK | 7/13/2005 5:14:30 PM | ITS0713 | Phone Withdrawal | ($38.00) | $0.94 |
| ELK | 7/12/2005 8:36:56 AM | JV0078 | Payroll - IPP | $38.00 | $38.94 |

1 2

**Total Transactions: 52**

Totals:     $7.60     ($7.60)

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ELK | $0.94 | $0.00 | $7.60 | $0.00 | $0.00 | $0.00 | $0.00 | $8.54 |
| **Totals:** | **$0.94** | **$0.00** | **$7.60** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$8.54** |