UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IFEDOO NOBLE ENIGWE**  )  )  Plaintiff,  )  )  v.  )  )  **BUREAU OF PRISONS**  )  )  Defendant.  )  ) | Civil Action No.: 06-0457 (RMC) |

### PRAECIPE

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Kathleen Konopka as counsel for defendant in the above-captioned case.

Respectfully submitted,

/s/
KATHLEEN KONOPKA
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W.
Washington, D.C. 20530
(202) 616-5309

Dated: May 16, 2006

## CERTIFICATE OF SERVICE

I certify that the foregoing **Praecipe** was served upon plaintiff pursuant to the Court's ECF system, addressed to:

> **IFEDOO NOBLE ENIGWE**
> **#45425-066**
> **FCI/FSL ELKTON**
> **P.O. OX 10**
> **LISBON, OH 44432**

on this  16th   day of May, 2006


 /s/
KATHLEEN KONOPKA
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W.
Washington, D.C.  20530
(202) 616-5309