# EXHIBIT 1



U.S. Department of Justice
Federal Bureau of Prisons

# Program Statement

**OPI:** CPD
**NUMBER:** 5800.11
**DATE:** September 8, 1997
**SUBJECT:** Inmate Central File, Privacy Folder, and Parole Mini-Files

1. **PURPOSE AND SCOPE.** The Bureau of Prisons maintains complete information on all inmates confined in Bureau institutions. Staff use the Inmate Central File, Privacy Folder, and Parole Mini-file to maintain pertinent information regarding a detainee, unsentenced and sentenced offenders.

The Bureau of Prisons has had numerous policy sources on all facets of the Inmate Central File System. This Program Statement consolidates many of these sources for easier reference. This issuance sets forth guidelines in the following areas:

   a. Inmate Record Functions,
   b. Inmate Central Files,
   c. Standardization of Inmate Central File Material,
   d. Maintenance, Security, and Access Responsibilities and Procedures,
   e. Routine Uses of Inmate Central File,
   f. Disclosure of Inmate Central File Materials,
   g. Inmate Review of Inmate Central File,
   h. Documentation of Oral Disclosure,
   i. Transfer of Records Between Bureau Facilities,
   j. Requests for Forwarding of Inmate Files,
   k. Retirement of Inmate Central File, and
   l. Parole Mini-files.
   m. Pretrial Inmate File Material/Immigration & Naturalization Service (INS) Detainees

2. **PROGRAM OBJECTIVES.** The expected results of this program are:

   a. Inmate files will be maintained with complete information on each inmate confined in a Bureau of Prisons institution.

   b. U.S. Parole Mini-Files will be completed and accessible to the U.S. Parole Commission for all inmates specified in this Program Statement.

b. **Inmate Systems Management Functions**

- Coordinate movement of Central Files/Central File material to units,
- Interagency transfer of files, and
- Retirement and retrieval of inactive files.

c. **Regional Inmate System Functions**

- Create and maintain State concurrence Central Files.

d. **Community Corrections Managers Functions**

- Create and maintain Inmate Central Files on Federal inmates being boarded in state facilities (State Boarders).

8. **INMATE CENTRAL FILE**

a. **Documents File**. Part of the Inmate Central Records System is defined in the Federal Register, September 16, 1976, Volume 41, No. 181, page 39918.

b. **Creation**. Each Unit Secretary shall review the SENTRY Daily Log for unit assignments and create the Inmate Central File and Privacy Folder immediately after the assignment to a housing unit at the institution to which the inmate has been designated.
Inmates who have been previously classified and who are subsequently transferred from other Bureau institutions ordinarily shall not require creation of another Inmate Central File. Former files on individuals recommitted under the same sentence shall be reactivated.

The six-position Inmate Central File Folder shall be used, along with a pressure-sensitive label. Tattered or torn file folders should be replaced. The General Services Administration currently supplies the Inmate Central File Folder. Specific details and ordering instructions may be obtained from the institution Business Office.

c. **Location**. The Inmate Central File is maintained at the current or last institution or facility of confinement. Once the inmate has been released, refer to the Inmate Systems Management Manual for further instructions.

d. **Categories of Individuals Covered**. Current and former sentenced inmates under the custody of the Attorney General of the United States to include Study and Observation cases.

e. **Organization**. The six-position Inmate Central File folder provides for the organization of filed material, topically, as follows:

```
                                                        PS 5800.11
                                                        CN-01 12/31/97
                                                              Page 5
```

**Section No.**         **Topic**

    1.         Sentence Data/Detainers/IFRP
    2.         Classification/Parole Material
    3.         Mail, Visits, and Property, etc.
    4.         Conduct, Work and Quarters Reports
    5.         Release Processing
    6.         General Correspondence

In addition, a Privacy Folder, attached to the top of Section 5, provides a receptacle for storing Freedom of Information Act (FOIA) Exempt material. The department responsible for ordering Privacy Folder inserts shall consult the institution Business Office to ensure proper procedures are followed.

    f. **Standardization of Inmate Central File Material**. Standardization streamlines the filing of material, expedites accessibility and retrieval of data, and eliminates the need to rearrange files of inmates transferring into the unit.

    (1) **Responsibilities**. All institutions shall comply with the standardized system for organizing material in the Inmate Central File and Privacy Folder.

    Unit Managers are ordinarily responsible for ensuring all Inmate Central Files and Privacy Folders are organized as stated herein. At institutions retaining a centralized file system, the Warden shall designate staff accountable for standardized filing of material.

    (2) **Requirements**. Detailed instructions for the order of routine filing are included in Section 9 of this Program Statement, with the filing of FOIA Exempt materials in the Privacy Folder detailed in Section 10.

    (3) **Storage**. Files shall be stored alphabetically.

    g. **Multiple Volumes**. When it becomes necessary to establish a second volume of an inmate's Central File, the second volume shall be created containing all the original core documents required for an initial file.

(1) **Core Documents**. Core documents shall include:

\*
    (a) CIM White Card                                           \*
    (b) Intact FOIA Exempt section from primary volume
    (c) J&C
    (d) PSI
    (e) Chronological Disciplinary Record for Incident Reports written before December 1, 1990.

```
                                                    PS 5800.11
                                                    CN-01 12/31/97
                                                    Page 6
```

(2) <u>Privacy Folder</u>. A new Privacy Folder shall not ordinarily be re-created. Staff shall remove the FOI Section from the preceding volume and insert it in the newly created volume.

(3) <u>Controls</u>. Multiple volumes shall be clearly identified on the check-out cards, file tabs, and on the file cover (i.e., Volume I of III, Volume II of III, etc.)

- A Check-out Card (BP-387) shall be used for each volume.

- If all volumes of multiple files are not maintained in the regular Central File cabinet, the current volume is to be marked as to the location of the other volume(s).

- Each **volume** shall be accounted for daily. Thus the total file count will exceed the inmate count when multiple volumes exist.

- At the beginning of each month, a list of inmates with multiple volume files is to be included on the file count record noting the number of volumes. Addition and deletion of files and volumes of files will then be noted on the file count record for the remainder of that month.

- Multiple volume files shall be created chronologically, maintaining the six-position file's order.

9. <u>INMATE CENTRAL FILE ORDER</u>. The six-position Inmate Central File provides for the organization of filed material. Material shall be filed in the following order in the Inmate Central File (top to bottom) by sections when the document, report, etc. is appropriate, available, and disclosable to the inmate.

   a. <u>Section One: (Sentence Data/Detainers/Inmate Financial Responsibility Program)</u>

      (1) CIM White Card
      (2) SENTRY Sentence Computation Record (most current)
      (3) Copy of Judgment in a Criminal Case or Judgment and Commitment Papers (all)
      (4) Financial Responsibility SENTRY Module Contract (most current)

         (a) Installment Schedule Agreement for Unpaid Fines form (if applicable)
         (b) Cost of Incarceration Fee form (BP-546) (if applicable)
         (c) Correspondence relating to IFRP
             i.e. (BP-445's, Financial Litigation Unit Correspondence)

```
                                                        PS 5800.11
                                                        CN-01 12/31/97
                                                        Page 7
```

  (5) Extra Good time Recommendation (BP-390) (all)
  (6) Statutory Good Time Action Notice (BP-389) (all)
  (7) Good Conduct Time Action Notice (BP-448) (all)
  (8) Detainer Action Letter (BP-394) (all)
  (9) Interstate Agreement on Detainer forms (BP-235 through 239) (copy, if applicable)
  (10) FBI Fingerprint Report (RAP Sheet) or request for RAP Sheet; no Bureau run NCIC/III records in disclosable portion of File
  (11) Disclosable AO-235/AO-245/USA-792, (with response, if applicable)

b. **Section Two: (Classification and Parole Materials)**

  (1) Inmate Activity Record form (BP-381); new form for each institution (all)
  (2) In-Transit Data form (most current)
  (3) Copy of Transfer Order (BP-399) (all)
  (4) Copy of Redesignation Approval, SENTRY Clearance Data - no separatees listed (most current)
  (5) Request for Transfer (all)
  (6) Request for Management Variable Application/Updated Expiration Date or PSF Waiver (all)
  (7) Custody Classification form (most current; all exception cases resulting in custody reductions)
  (8) Parole forms (in chronological order) (all)

   (a) Parole Commission Appeals, National/Regional
   (b) Notice of Action
   (c) Notice of Action, Part II-Salient Factor
   (d) Waiver of Notice, Representation or Disclosure Staff Representative form
   (e) Notice of Hearing
   (f) Parole Application/Waiver (I-24)
   (g) Background Statement of Inmate (I-32)
   (h) Attorney Witness Election forms (I-16) and (CJA 22)

  (9) Related Correspondence to Parole Commission (all)

   (a) Parole Violation Warrant Application
   (b) USPO packet excluding duplication

  (10) Most current Progress Report
  (11) Classification Material

   Program Review forms (BP-191) (6 most current)

  (12) Treaty Transfer Packet (copy, if applicable)

   (a) Transfer Inquiry form (BP-297) (if applicable)
   (b) Treaty Transfer Case Summary (if applicable)