UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IFEDOO NOBLE ENIGWE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action no. 06-0457(RMC) |
| ) | |
| BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss, the memorandum of points and authorities in support thereof, any opposition, any reply, and the entire record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that Defendant's Motion shall be, and hereby is, GRANTED; Plaintiff's Complaint is DISMISSED.

_____
UNITED STATES DISTRICT JUDGE