UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IFEDOO NOBLE ENIGWE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-457 (RMC) |
| BUREAU OF PRISONS, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

This action is before the Court on defendant Bureau of Prisons' motion to dismiss the complaint. Plaintiff Ifedoo Noble Enigwe is advised of the following. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is hereby

**ORDERED** that Mr. Enigwe shall respond to the Bureau of Prisons' motion to dismiss by **August 18, 2006**. If he does not respond by that date, the Court will treat the motion as conceded and may dismiss the complaint.

**SO ORDERED**.

Date: July 18, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge