UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IFEDOO NOBLE ENIGWE, | * | |
| Plaintiff, | * | |
| -vs- | * | Civil Action No. 06-0457(RMC) |
| BUREAU OF PRISONS, | * | |
| Defendant. | * | |

## SUR-REBUTTAL

Unfortunately, the government is adamant in sidestepping the core complaint here which question is: Does Plaintiff's PSI have the information needed to classify an inmate a "greatest severity" public safety factor, to wit, that "he receive[d] the largest share of the profits and has the greatest decision-making authority in his alleged conspiracy?"

If the PSI doe not have this information required by Progrma Statement 5100.7, Appendix G, page 1, then Plaintiff's record as "greatest severity" inmate, is wrong, meaning that BOP is maintaining an inaccurate record. And Plaintiff's PSI **does not** contain this requisite information. Ms. Knokpa simply cannot answer this question in the affirmative, and should, in good faith concede to the complaint, and perhaps resume talk with Plaintiff as to how to resolve or settle this Privacy Act suit.

There is no need to continue to belabor this clear-cut matter and wasting this Court's time.

RECEIVED
AUG 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully Submitted:

_____
Ifedoo Noble Enigwe, Pro Se
Plaintiff

-1-

## Certificate of Service

I certify that a true and correct copy of the within Sur-Rebuttal submission has been sent to the following:

Kathleen Konopka, AUSA
United States Attorney's Office
Civil Division, Room E4412
501 Third Circuit, N.W., 4th Floor
Washington, D.C. 20530

Respectfully Submitted:

_____
Ifedoo Noble Enigwe, Pro Se
Plaintiff
FCI Elkton
P.O.Box 10
Lisbon, Phio 44432

Dated: 31 day of July, 2006.

-2-