UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **IFEDOO NOBLE ENIGWE,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **BUREAU OF PRISONS,** ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-457 (RMC) |

**ORDER**

For the reasons stated in the Memorandum Opinion filed concurrently herewith, it is hereby

**ORDERED** that Defendant's Motion to Dismiss [Dkt. #10] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED** and shall be removed from the docket of this Court. This is a final, appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Date: December 22, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge