## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **IFEDOO NOBLE ENIGWE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-457 (RMC)** |
| | ) | |
| **BUREAU OF PRISONS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## <u>ORDER</u>

Plaintiff Ifedoo Noble Enigwe seeks relief pursuant to Federal Rule of Civil Procedure 59(e) from the Court's December 22, 2006, Order dismissing this Privacy Act case. A motion for reconsideration need not be granted "unless the district court finds that there is an intervening change in controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (citations and quotations omitted). Mr. Enigwe reiterates points the Court previously considered. He therefore provides no basis for vacating the dismissal order. Accordingly, it is hereby

**ORDERED** that Plaintiff's motion for reconsideration [Dkt. #17] is **DENIED**.

**SO ORDERED**.

Date: February 2, 2006

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge